IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH MABIE, | : |
| Plaintiff, | : CIVIL ACTION NO. 16-1969 |
| v. | : |
| HARRISBURG AREA COMMUNITY COLLEGE, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 28th day of August, 2017, after considering the plaintiff's second amended complaint (Doc. No. 26), the defendants' motion to dismiss the second amended complaint (Doc. No. 27), the plaintiff's response in opposition (Doc. No. 28); and for the reasons stated in the separately-filed memorandum opinion; accordingly, it is hereby **ORDERED** as follows:

1. The defendants' motion to dismiss the second amended complaint (Doc. No. 27) is **GRANTED**;

2. The second amended complaint (Doc. No, 26) is **DISMISSED WITH PREJUDICE**;

3. The defendants' motion to dismiss the second amended complaint dated December 9, 2016 (Doc. No. 21) is **DENIED AS MOOT**; and

4. The clerk of court shall mark this case **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.